NUMBER 13-01-776-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


ANNA MARIE GOMEZ , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 105th District Court 

of Kleberg County, Texas.

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, ANNA MARIE GOMEZ , perfected an appeal from a judgment entered by the 105th District Court of Kleberg
County, Texas, in cause number 00-CRF-393-2 . Appellant has filed a motion to withdraw the notice of appeal. The
motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to withdraw the notice of appeal, is of the
opinion that appellant's motion to withdraw the notice of appeal should be granted. Appellant's motion to withdraw the
notice of appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 6th day of December, 2001 .